Appeal Dismissed and Opinion Filed October 11, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01108-CR

---

## BRICELI ENAMORADO MORENO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-88355-10

---

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121108F.U05